IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BANITA BRANDISE SAFFORE,
Petitioner,

v.  Civil Action No. 3:23cv558 (DJN)

FEDERAL BUREAU OF PRISONS, *et al.*,
Respondents.

## MEMORANDUM OPINION

Banita Brandise Saffore, a federal inmate proceeding *pro se*, submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Although Saffore was convicted in this Court, she is currently confined in the federal facility in Bruceton Mills, West Virginia. (*Id.*) Saffore may not pursue a § 2241 petition in this Court. "Whenever a § 2241 habeas petitioner seeks to challenge [her] present physical custody within the United States, [s]he should name [her] warden as respondent and *file the petition in the district of confinement*." *Oden v. Wilson*, 2018 WL 359478, at *4 n.5 (E.D. Va. Jan. 10, 2018) (emphasis added) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004)). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Saffore may file a § 2241 petition in the district of her confinement.

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Saffore.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 22, 2023